# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ROXANNE ARI,

                Plaintiff,

    v.

AMP'D SERVICE CENTER, et al.,

                Defendants.

_____/

CASE NO. 1:10-cv-01134-LJO-SMS PC

ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AS PREMATURE

(ECF No. 10)

Plaintiff Roxanne Ari ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action was filed on June 23, 2010, and is pending screening. On June 14, 2011, Plaintiff filed a motion for default judgment stating that she has served a summons on Defendants. (ECF No. 10.)

In this case, the United States Marshal will be directed to initiate service of process on Plaintiff's behalf when the Court has determined that Plaintiff's complaint states cognizable claims for relief and service is appropriate. 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(2). This case has not been screened by the Court and service is not yet appropriate.

Accordingly, Plaintiff's motion for entry of default is HEREBY DENIED as premature.

IT IS SO ORDERED.

**Dated:   June 15, 2011**          _____/s/ Sandra M. Snyder_____
UNITED STATES MAGISTRATE JUDGE

1